**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALFONSO VIZUETH BELTRAN, *Petitioner* | § § § § | |
| v. | § § | Case No.  SA-26-CA-01940-XR |
| CRISTOBAL B. HERNANDEZ, HOUSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; WARDEN, LIMESTONE COUNTY DETENTION CENTER, *Respondents* | § § § § § | |

**TRANSFER ORDER**

Petitioner brought this petition under 28 U.S.C. § 2241 to challenge the legality of his immigration detention at the Limestone County Detention Center in Groesbeck, Texas. ECF No. 1. Groesbeck is in Limestone County, Texas, in the Waco Division of the Western District of Texas.[1] Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." Local Rule CV-3(b).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The undersigned

---

[1] Local Court Rules for United States District Court for the Western District of Texas, at ix, available at https://www.txwd.uscourts.gov/wp-content/uploads/2025/09/TXWD%20Local%20Rules%20Full%20Copy%20090225.pdf.

1

finds that, for the convenience of the parties and witnesses and in the interest of justice, this case should be transferred.

It is therefore **ORDERED** that this case is **TRANSFERRED** to the Waco Division of the Western District of Texas.

It is so **ORDERED**.

**SIGNED** this March 30, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2